FILED

Nov 15 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GARCIA, et al.,

    Defendants.

Case No. 21-cr-00311-BLF-1

**ORDER REASSIGNING CASES**

The Executive Committee has determined that, in the interest of the prompt administration of justice and the proportionate division of caseload throughout the district, this case and all related or potentially related cases shall be transferred from the San Jose Division to the Oakland Division. Accordingly, pursuant to General Order No. 44, and with the consent of the transferor and transferee judges, IT IS ORDERED as follows:

The following cases, which have been related, ARE REASSIGNED to the Hon. Yvonne Gonzalez Rogers for all further proceedings:

- ***United States v. Garcia***: Case No. 21-CR-311-BLF, filed August 12, 2021, and related cases:
- ***United States v. Quiros***: Case No. 21-CR-327-BLF, filed August 24, 2021
- ***United States v. McCabe***: Case No. 21-CR-339-BLF, filed September 1, 2021
- ***United States v. Kobayashi***: Case No. 21-CR-344-BLF, filed September 1, 2021
- ***United States v. Ramirez, et al.***: Case No. 21-CR-346-BLF, filed September 1, 2021

The following cases also are related to this case, but as of yet have not been assigned to a district judge. Once these cases are ready for assignment to a district judge, they SHALL BE DIRECTLY ASSIGNED to the Hon. Yvonne Gonzalez Rogers for all further proceedings:

- ***United States v. Garcianava***: Case No. 21-71438-MAG, filed September 9, 2021
- ***United States v. Faz, et al.***: Case No. 21-71467-MAG, filed September 14, 2021

Finally, the following cases may be related to this case, but no determination has been made as to related case status. These cases ARE REASSIGNED to the Hon. Yvonne Gonzalez Rogers for all further proceedings:

- *United States v. Hernandez, et al.*: Case No. 21-CR-312-EJD, filed August 12, 2021
- *United States v. Ontiveros, et. al*: Case No. 21-CR-325-EJD, filed August 24, 2021
- *United States v. Cervantes, et al.*: Case No. 21-CR-328-LHK, filed August 25, 2021
- *United States v. Guerrero*: Case No. 21-CR-338-BLF, filed September 1, 2021
- *United States v. Pacheco*: Case No. 21-CR-340-EJD, filed September 1, 2021
- *United States v. Stephens*: Case No. 21-CR-341-LHK, filed September 1, 2021
- *United States v. Velasco, Jr., et al.*: Case No. 21-CR-342-LHK, filed September 1, 2021
- *United States v. Munoz, et al.*: Case No. 21-CR-345-BLF, filed September 1, 2021
- *United States v. Urbina, et al.*: Case No. 21-CR-347-LHK, filed September 1, 2021

Counsel are hereby instructed that all future filings shall bear the new initials YGR immediately after the case number.

All hearing and trial dates presently scheduled may be reset, as necessary and appropriate, by separate order of the Hon. Yvonne Gonzalez Rogers. Existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the Hon. Yvonne Gonzalez Rogers, but the renoticing of the hearing does not affect the prior briefing schedule.

**IT IS SO ORDERED.**

Dated: November 15, 2021

_____
HON. BETH L. FREEMAN
District Judge (Transferor)

_____
HON. LUCY H. KOH
District Judge (Transferor)

_____
HON. EDWARD J. DAVILA
District Judge (Transferor)

_____
HON. YVONNE GONZALEZ ROGERS
District Judge (Transferee)

For the Executive Committee:

_____
HON. RICHARD SEEBORG
Chief District Judge